# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

JOSE ELIAS SEPULVEDA,

    **Plaintiff,**

v.                                                                  Case No. 1:20-cv-265-AW-GRJ

CALEB SEPULVEDA, SR., et al.,

    **Defendants.**

_____/

## ORDER OF DISMISSAL

I have considered the magistrate judge's May 21, 2021 Report and Recommendation, ECF No. 6, and I have considered de novo the Plaintiff's objections, ECF No. 7. I agree with the magistrate judge that the claims are frivolous, and I incorporate into this order the magistrate judge's reasoning as to that issue.

I acknowledge that the Plaintiff is pro se, and I have liberally construed his allegations. I nonetheless conclude the claims are without arguable merit, and I conclude that any amendment would be futile.

The clerk will enter a judgment that says "This case is dismissed as frivolous." The clerk will then close the file.

SO ORDERED on June 19, 2021.

                                                       s/ *Allen Winsor*
                                                       United States District Judge